AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Maughmer, John T. | U.S.D.C., W.D. MO | 10/16/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Charles Evans Whittaker U.S. Courthouse
400 E. 9th St., Room 7662
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of attorney #1 | POA 1 |
| 2. | Power of attorney #3 | POA 3 |
| 3. | Managing Member - Self | ▓▓▓▓▓▓▓▓▓▓ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/1/12 | ▓▓▓▓▓▓▓ - Self - Operating Agreement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 10/16/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 10/16/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 10/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 2. MS Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 3. Farm House purchased 01/95 for $76,000 in ▓▓▓▓ | B | Rent | M | R | | | | | |
| 4. Vodaphone Group PLC Sponsor ADR | A | Dividend | J | T | | | | | |
| 5. Verizon Communications | A | Dividend | J | T | | | | | |
| 6. Northwestern Mutual Life Insurance Co. (whole life) | A | Dividend | J | T | | | | | |
| 7. Eaton Vance Commodity Strategy Fund | B | Dividend | J | T | Sold (part) | 04/16/14 | J | A | |
| 8. Eaton Vance Income Fund | A | Dividend | J | T | Buy (add'l) | 08/20/14 | J | | |
| 9. Goldman Sachs Absolute Return Fund | A | Dividend | J | T | | | | | |
| 10. ING Global Real Estate Fund (changed name to Voya Global Real Estate) | A | Dividend | J | T | | | | | |
| 11. Ivy Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 12. JP Morgan Dynamic Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 13. Mainstay Large Cap Growth Fund | B | Dividend | K | T | Sold (part) | 04/16/14 | J | A | |
| 14. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 15. Managers AMG Systematic Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 16. Metropolitan West Total Return Bond Fund | A | Dividend | J | T | | | | | |
| 17. Virtus Emerging Markets Opportunities Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. AQR Managed Futures Strategy I | A | Dividend | J | T | | | | | |
| 19. Nuveen NWQ Large Cap Value I | B | Dividend | | | Buy (add'l) | 04/16/14 | J | | |
| 20. | | | | | Sold | 05/14/14 | L | B | |
| 21. Pimco Foreign Bond US Hedged P | A | Dividend | | | Sold | 04/16/14 | J | A | |
| 22. Causeway International Valve Fund | B | Dividend | K | T | Buy (add'l) | 08/20/14 | J | | |
| 23. Delaware Investment Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 24. Invesco Premier Fund | A | Dividend | J | T | | | | | |
| 25. Pimco Low Duration Fund | A | Dividend | | | Sold (part) | 08/20/14 | J | A | |
| 26. | | | | | Sold | 10/15/14 | J | A | |
| 27. _____ (X) _____ MO | B | Rent | M | U | | | | | |
| 28. Romancing the Gowns, LLC | A | Distribution | J | U | | | | | |
| 29. MS Liquid Asset Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | K | A | |
| 30. Centurytel, Inc. - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 31. EI DuPont De Nemours & Co - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 32. Calamos Stretegic Total Return Fund - POA #1 | B | Distribution | | | Sold | 12/01/14 | K | A | |
| 33. Cohen & Steers Quality Income Realty Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 34. Vanguard Morgen Growth Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 10/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. United Missouri Bank (account) - POA #1 | A | Int./Div. | | | Sold | 12/01/14 | K | A | |
| 36. Hillcrest Bank (account) - POA #1 | A | Int./Div. | | | Sold | 12/01/14 | J | A | |
| 37. North American Savings Bank (account) - POA #1 | C | Int./Div. | | | Sold | 12/01/14 | M | A | |
| 38. MO State Health & Education Facility Authority Bonds - POA 1 | A | Int./Div. | | | Sold | 12/01/14 | J | A | |
| 39. Eaton Vance Commodity Strategy Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 40. Eaton Vance Income Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 41. Goldman Sachs Absolute Return Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | K | A | |
| 42. ING Global Real Estate Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 43. Ivy Mid Cap Growth Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 44. JP Morgan Dynamic Small Cap Growth Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 45. Mainstay Large Cap Growth Fund - POA #1 | B | Dividend | | | Sold | 12/01/14 | K | A | |
| 46. Managers AMG Systematic Mid Cap Value Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 47. Metropolitan West Total Return Bond Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | K | A | |
| 48. Virtus Emerging Markets Opportunities Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 49. AQR Managed Futures Strategy 1 - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 50. Blackrock Global Allocation - POA #1 | A | Dividend | | | Sold | 12/01/14 | K | A | |
| 51. Nuveen NWQ Large Cap Valve 1 - POA #1 | B | Dividend | | | Sold | 12/01/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 10/16/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco Foreign BD US Hedged P - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 53. Principal GLB Ribers Inc - POA #1 | A | Dividend | | | Sold | 12/01/14 | K | A | |
| 54. Causeway International Value Fund - POA #1 | B | Dividend | | | Sold | 12/01/14 | K | A | |
| 55. Delawware Investment Small Cap Valve Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 56. Invesco Premier Fund - POA #1 | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 57. Pimco Low Duration Fund - POA #1 | B | Dividend | | | Sold | 12/01/14 | K | A | |
| 58. Trust #1 | A | Interest | N | T | Open | 12/08/14 | N | | |
| 59. Blackrock Low Duration Bond Investment | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 60. John Hancock Disciplined Value | B | Dividend | K | T | Buy | 05/14/14 | L | | |
| 61. | | | | | Sold (part) | 08/20/14 | J | A | |
| 62. Center Coast MLP Focus I | A | Dividend | J | T | Buy | 04/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 10/16/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - All accounts for Trust #1 are held in cash pending distribution to beneficiaries. These assets were listed in previous reports as POA #1 assets

Part VII - POA 3 assets no longer listed based on Committee guidelines.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John T. Maughmer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544